ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MICHELE C. MARCHAND
Assistant United States Attorney
California Bar No. 93390
    U.S. Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, CA 90012
    Telephone: (213)894-2727
    Facsimile: (213)894-7177
    E-mail: Michele.Marchand@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$60,235.06 in U.S. Currency,<br><br>    Defendant.<br><br>SONNY IWEDIKE ODOGWU,<br><br>    Claimants. | NO. CV 11-01525-SVW(FFMx)<br><br>[~~Proposed~~]<br><u>**CONSENT JUDGMENT OF FORFEITURE**</u> |

    Plaintiff United States of America ("plaintiff") initiated this action by filing a Verified Complaint for Forfeiture on February 18, 2011. Notice was given and published in accordance with law. Sonny Iwedike Odogwu ("claimant") filed a Claim on April 11 and 18, 2011. For purposes of this Consent Judgment of Forfeiture, plaintiff waives the right to apply for entry of

default against claimant's interest based on the failure to file an Answer by May 9, 2011. No other claims or answers have been filed, and the time for filing claims and answers has expired. Plaintiff and claimant have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $60,235.06 in U.S. currency other than claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $10,000.00 of the defendant U.S. currency and all interest earned on the defendant U.S. currency. No other person or entity shall have any right, title or interest in the forfeited currency. The United States Treasury is ordered to dispose of said asset in accordance with law.

4. The remaining $50,235.06 of the defendant currency shall be returned to claimant Sonny Iwedike Odogwu in care of his attorney, Wayne R. Johnson. Said funds shall be forwarded by check made payable to "Wayne R. Johnson & Associates, PLC Client Trust Account," and mailed to Wayne R. Johnson & Associates, PLC, 9841 Airport Boulevard, Suite 650, Los Angeles, California 90045.

5. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and

1 | agents of the United States Customs and Border Protection, from
2 | any and all claims, actions or liabilities arising out of or
3 | related to this action, including, without limitation, any claim
4 | for attorneys' fees, costs or interest which may be asserted on
5 | behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or
6 | otherwise.
7 | / / /
8 | / / /
9 | / / /

6.  The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: _____, 2011

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: *May 16*, 2011         ANDRÉ BIROTTE JR.
                              United States Attorney
                              ROBERT E. DUGDALE
                              Assistant United States Attorney
                              Chief, Criminal Division
                              STEVEN R. WELK
                              Assistant United States Attorney
                              Chief, Asset Forfeiture Section

                              /s/ Michele C. Marchand
                              _____
                              MICHELE C. MARCHAND
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              United States of America

DATED: *May 2*, 2011          WAYNE R. JOHNSON & ASSOCIATES

                              /s/ Wayne R. Johnson
                              _____
                              WAYNE R. JOHNSON

                              Attorney for Claimant
                              Sonny Iwedike Odogwu

DATED: _____, 2011

                              _____
                              SONNY IWEDIKE ODOGWU, Claimant

4

6. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: May 17, 2011

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: _____, 2011    ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
MICHELE C. MARCHAND
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: _____, 2011    WAYNE R. JOHNSON & ASSOCIATES

_____
WAYNE R. JOHNSON
Attorney for Claimant
Sonny Iwedike Odogwu

DATED: April 30, 2011

_____
SONNY IWEDIKE ODOGWU, Claimant

4a